# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

         **Plaintiff,**        **FILED UNDER SEAL**

        **v.**        **CASE NO.**  25-cr-10114-EFM

**KURT NICHOLAS CUMMINS,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**ENGAGED IN THE BUSINESS OF DEALING IN
FIREARMS WITHOUT A LICENSE
[18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D)]**

Beginning on a date unknown but from as early as on or about March 10, 2023, and continuing until on or about October 10, 2024, in the District of Kansas and elsewhere, the defendant,

**KURT NICHOLAS CUMMINS,**

not being a licensed dealer, importer, and manufacturer of firearms, did willfully engage in the business of dealing in firearms, namely at least and approximately 224 firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D), and Title 18, United States Code, Section 2.

1

## COUNT 2

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about February 28, 2024, in the District of Kansas, the defendant,

**KURT NICHOLAS CUMMINS**,

in connection with the acquisition of firearms, that is the purchase of seven firearms,

namely,

| | |
|---|---|
| 1. | Revolver - Smith & Wesson, 686, .357 Cal |
| 2. | Pistol - Keltec CNC Industries Inc, P17, .22 Cal |
| 3. | Pistol - Walther, Colt Government, .22 Cal |
| 4. | Pistol - Walther, Colt Government, .22 Cal |
| 5. | Revolver - Ruger, Wrangler, .22 Cal |
| 6. | Rifle - Ruger, American, .223 Cal |
| 7. | Rifle - Ruger, American, .223 Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and

likely to deceive the firearms dealer with respect to any fact material to the lawfulness of

such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he

was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 3

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]**

On or about February 28, 2024, in the District of Kansas and elsewhere, the

defendant,

**KURT NICHOLAS CUMMINS,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 4

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about March 15, 2024, in the District of Kansas, the defendant,

**KURT NICHOLAS CUMMINS**,

in connection with the acquisition of firearms, that is the purchase of nine firearms, namely,

| | |
|---|---|
| 1. | Rifle - Bushmaster, QRC, 5.56 Cal |
| 2. | Pistol - Smith & Wesson, SD9, 9 Cal |
| 3. | Pistol - Walther, Colt Government, .22 Cal |
| 4. | Pistol - Walther, Colt Government, .22 Cal |
| 5. | Pistol - Walther, Colt Government, .22 Cal |
| 6. | Pistol - Walther, Colt Government, .22 Cal |
| 7. | Pistol - Walther, Colt Government, .22 Cal |
| 8. | Revolver - Ruger, Wrangler, .22 Cal |
| 9. | Revolver - Ruger, Wrangler, .22 Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of

3

such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 5

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]**

On or about March 15, 2024, in the District of Kansas and elsewhere, the defendant,

**KURT NICHOLAS CUMMINS,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 6

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about March 22, 2024, in the District of Kansas, the defendant,

**KURT NICHOLAS CUMMINS,**

4

in connection with the acquisition of firearms, that is the purchase of seven firearms,

namely,

| | |
|---|---|
| 1. | Pistol - Colt Canada, 1911, .45 Cal |
| 2. | Pistol - Walther, Colt Government, .22 Cal |
| 3. | Pistol - Walther, Colt Government, .22 Cal |
| 4. | Revolver - Ruger, Wrangler, .22 Cal |
| 5. | Revolver - Ruger, Wrangler, .22 Cal |
| 6. | Rifle - Henry, Golden Boy, .22 Cal |
| 7. | Rifle - Henry, Golden Boy, .22 Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and

likely to deceive the firearms dealer with respect to any fact material to the lawfulness of

such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he

was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 7

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]**

On or about March 22, 2024, in the District of Kansas and elsewhere, the

defendant,

**KURT NICHOLAS CUMMINS,**

did knowingly and intentionally conspire and agree with other persons known and

unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting

interstate or foreign commerce for, on behalf of, or at the request or demand of any other

person, knowing or having reasonable cause to believe that such other person intends to

use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 8

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about March 28, 2024, in the District of Kansas, the defendant,

### KURT NICHOLAS CUMMINS,

in connection with the acquisition of firearms, that is the purchase of six firearms, namely,

| | |
|---|---|
| 1. | Shotgun - Silver Eagle, RZ217, 12 GA |
| 2. | Rifle - Rossi, RS22, .22 Cal |
| 3. | Rifle - Rossi, RS22, .22 Cal |
| 4. | Rifle - Winchester, Wildcat, .22 Cal |
| 5. | Rifle - Savage, 64F, .22 Cal |
| 6. | Rifle - Savage, 64F, .22 Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 9

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]**

On or about March 28, 2024, in the District of Kansas and elsewhere, the

defendant,

## KURT NICHOLAS CUMMINS,

did knowingly and intentionally conspire and agree with other persons known and

unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting

interstate or foreign commerce for, on behalf of, or at the request or demand of any other

person, knowing or having reasonable cause to believe that such other person intends to

use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony,

namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United

States Code, Section 2.

## COUNT 10

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about April 4, 2024, in the District of Kansas, the defendant,

## KURT NICHOLAS CUMMINS,

in connection with the acquisition of firearms, that is the purchase of twelve firearms,

namely,

7

| | |
|---|---|
| 1. | Revolver - Heritage MFG INC, Rough Rider, .22 Cal |
| 2. | Revolver - Colt Canada, Python, .357 Cal |
| 3. | Pistol - Walther, N/A, .22 Cal |
| 4. | Pistol - Walther, N/A, .22 Cal |
| 5. | Pistol - Armscor of the Philippines (Squires Bingham), 1911, 9 Cal |
| 6. | Revolver - Heritage MFG INC, Rough Rider, .22 Cal |
| 7. | Pistol - German Sports Guns, GSG-1911, .22 Cal |
| 8. | Rifle - HK, 416, .22 Cal (Umarex) |
| 9. | Rifle - Ruger, 10/22, .22 Cal |
| 10 | Rifle - Mossberg, 715T, .22 Cal |
| 11 | Rifle - Mossberg, 715T, .22 Cal |
| 12 | Rifle - Century Arms, VSKA, 7.62 Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 11

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]**

On or about April 4, 2024, in the District of Kansas and elsewhere, the defendant,

**KURT NICHOLAS CUMMINS,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to

use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 12

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about April 12, 2024, in the District of Kansas, the defendant,

### KURT NICHOLAS CUMMINS,

in connection with the acquisition of firearms, that is the purchase of eight firearms, namely,

| | |
|---|---|
| 1. | Revolver - Ruger, Security Six, 357 Cal |
| 2. | Pistol - Browning, Black Label 1911-380 .380 Cal |
| 3. | Pistol - Browning, Black Label 1911-380 .380 Cal |
| 4. | Pistol - Browning, Black Label 1911-380 .380 Cal |
| 5. | Pistol - Browning, Black Label 1911-380 .380 Cal |
| 6. | Rifle - Ruger, 10/22, .22 Cal |
| 7. | Rifle - Ruger, 10/22, .22 Cal |
| 8. | Rifle - Ruger, 10/22, .22 Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

9

## COUNT 13

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]**

On or about April 12, 2024, in the District of Kansas and elsewhere, the defendant,

**KURT NICHOLAS CUMMINS,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 14

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]
(Holterman Professional Association FFL)**

On or about April 18, 2024, in the District of Kansas, the defendant,

**KURT NICHOLAS CUMMINS**,

in connection with the acquisition of firearms, that is the purchase of six firearms, namely,

10

| | |
|---|---|
| 1. | a Browning, model 1911-380, .380 caliber pistol, |
| 2. | a Browning, model 1911-380, .380 caliber pistol, |
| 3. | a Browning, model 1911-380, .380 caliber pistol, |
| 4. | a Ruger, model Mini 14. .223 gauge rifle, |
| 5. | a Henry, model H004, .22LR gauge rifle, |
| 6. | a Henry, model H004-S, .22LR gauge rifle |

did unlawfully and knowingly make a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 15

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]
(Holterman Professional Association FFL)**

On or about April 18, 2024, in the District of Kansas and elsewhere, the defendant,

**KURT NICHOLAS CUMMINS,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

11

## COUNT 16

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]
(Roman Van Nahmen-FFL)**

On or about April 18, 2024, in the District of Kansas, the defendant,

## KURT NICHOLAS CUMMINS,

in connection with the acquisition of firearms, that is the purchase of five firearms, namely,

| | |
|---|---|
| 1. | Pistol - Walther, Colt Government, .22 Cal |
| 2. | Pistol - Walther, Colt Government, .22 Cal |
| 3. | Rifle - Savage, 64F, .22 Cal |
| 4. | Rifle - Savage, 64F, .22 Cal |
| 5. | Rifle - Ruger, 10/22, .22 Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 17

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]
(Roman Van Nahmen-FFL)**

On or about April 18, 2024, in the District of Kansas and elsewhere, the defendant,

## KURT NICHOLAS CUMMINS,

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting

12

interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 18

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]
(Wade Hampton FFL)**

On or about April 18, 2024, in the District of Kansas, the defendant,

**KURT NICHOLAS CUMMINS**,

in connection with the acquisition of firearms, that is the purchase of ten firearms, namely,

| | |
|---|---|
| 1. | Revolver - Ruger, Wrangler, .22 Cal |
| 2. | Revolver - Ruger, Wrangler, .22 Cal |
| 3. | Revolver - Ruger, Wrangler, .22 Cal |
| 4. | Rifle - Ruger, American, .223 Cal |
| 5. | Rifle - Ruger, American, .223 Cal |
| 6. | Rifle - Ruger, American, .223 Cal |
| 7. | Rifle - Ruger, American, .223 Cal |
| 8. | Rifle - Ruger, American, .223 Cal |
| 9. | Shotgun - Winchester, SXP, 12 ga |
| 10 | Shotgun - Winchester, SXP, 12 ga |

did unlawfully and knowingly make a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 19

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]**

On or about April 18, 2024, in the District of Kansas and elsewhere, the defendant,

## KURT NICHOLAS CUMMINS,

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 20

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about April 24, 2024, in the District of Kansas, the defendant,

## KURT NICHOLAS CUMMINS,

in connection with the acquisition of firearms, that is the purchase of nine firearms, namely,

14

| | |
|---|---|
| 1. | Rifle - Pioneer, AK47 |
| 2. | Rifle - Pioneer, AK47 |
| 3. | Rifle - Pioneer, AK47 |
| 4. | Shotgun - Winchester, SXP, 12 ga |
| 5. | Shotgun - Winchester, SXP, 12 ga |
| 6. | Rifle - Smith & Wesson, MP15-22, .22 Cal |
| 7. | Shotgun - Benelli, SuperNova, 12 ga |
| 8. | Pistol - Beretta, Cheetah, .380 Cal |
| 9. | Rifle - Ruger, American, .308 Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 21

**STRAW PURCHASE**
**OF A FIREARM**
**[18 U.S.C. § 932(b)]**

On or about April 24, 2024, in the District of Kansas and elsewhere, the defendant,

### KURT NICHOLAS CUMMINS,

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

15

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 22

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about April 30, 2024, in the District of Kansas, the defendant,

**KURT NICHOLAS CUMMINS**,

in connection with the acquisition of firearms, that is the purchase of thirteen firearms, namely,

| | |
|---|---|
| 1. | Revolver - Colt Canada, Python, .357 Cal |
| 2. | Revolver - Colt Canada, Python, .357 Cal |
| 3. | Pistol - Walther, PPQ M2, .22 Cal |
| 4. | Pistol - Walther, PPQ, .22 Cal |
| 5. | Pistol - German Sports Guns, GSG-1911, .22 Cal |
| 6. | Pistol - Walther, Colt Government, .22 Cal |
| 7. | Pistol - German Sports Guns, GSG-1911, .22 Cal |
| 8. | Pistol - Walther, Colt Government, .22 Cal |
| 9. | Pistol - Walther, Colt Rail Gun, .22 Cal |
| 10 | Pistol - Walther, Colt Rail Gun, .22 Cal |
| 11 | Rifle - Ruger, American, .223 Cal |
| 12 | Rifle - Ruger, American, .223 Cal |
| 13 | Rifle - Ruger, 1022, .22 Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

16

## COUNT 23

### STRAW PURCHASE
### OF A FIREARM
### [18 U.S.C. § 932(b)]

On or about April 30, 2024, in the District of Kansas and elsewhere, the defendant,

### KURT NICHOLAS CUMMINS,

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 24

### PROVIDING FALSE STATEMENT IN CONNECTION
### WITH THE ACQUISITION OF FIREARMS
### [18 U.S.C. §922(a)(6)]

On or about May 8, 2024, in the District of Kansas, the defendant,

### KURT NICHOLAS CUMMINS,

in connection with the acquisition of firearms, that is the purchase of twenty firearms, namely,

17

| | |
|---|---|
| 1. | Pistol - Walther, N/A, .22 Cal |
| 2. | Revolver - Ruger, Security Six, .357 Cal |
| 3. | Pistol - Colt Canada, Government, .38 Cal |
| 4. | Revolver - Smith & Wesson, 686, .357 Cal |
| 5. | Revolver - Ruger, Wrangler, .22 Cal |
| 6. | Revolver - Ruger, Wrangler, .22 Cal |
| 7. | Revolver - Taurus, The Judge, .45/410 Cal |
| 8. | Revolver - Ruger, Wrangler, .22 Cal |
| 9. | Revolver - Ruger, Wrangler, .22 Cal |
| 10 | Revolver - Ruger, Wrangler, .22 Cal |
| 11 | Pistol - Walther, Colt 1911-22, .22 Cal |
| 12 | Pistol - Walther, Colt 1911-22, .22 Cal |
| 13 | Pistol - Walther, Colt 1911-22, .22 Cal |
| 14 | Pistol - Walther, Colt 1911-22, .22 Cal |
| 15 | Pistol - Walther, Colt 1911-22, .22 Cal |
| 16 | Rifle - Henry, H004TR, .22 Cal |
| 17 | Rifle - Ruger, 1022, .22 Cal |
| 18 | Rifle - Ruger, 1022, .22 Cal |
| 19 | Rifle - Ruger, American, .17 HMR Cal |
| 20 | Rifle - Ruger, American, .17 HMR Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 25

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]**

On or about May 8, 2024, in the District of Kansas and elsewhere, the defendant,

**KURT NICHOLAS CUMMINS,**

18

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 26

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about May 18, 2024, in the District of Kansas, the defendant,

**KURT NICHOLAS CUMMINS**,

in connection with the acquisition of firearms, that is the purchase of seventeen firearms, namely,

| | |
|---|---|
| 1. | Pistol - SIG, 1911 22, .22 Cal |
| 2. | Pistol - Walther, Colt 1911-22, .22 Cal |
| 3. | Pistol - Walther, Colt 1911-22, .22 Cal |
| 4. | Pistol - Walther, Colt 1911-22, .22 Cal |
| 5. | Rifle - Ruger, Precision, .22 Cal |
| 6. | Rifle - Ruger, Precision, .22 Cal |
| 7. | Rifle - FN, 249SA, .223 Cal |
| 8. | Pistol - Rock Island, XTM, .22 Mag Cal |
| 9. | Pistol - Rock Island, XTM, .22 Mag Cal |
| 10 | Rifle - Ruger, Precision, .22 Cal |
| 11 | Rifle - Ruger, Precision, .22 Cal |
| 12 | Rifle - Ruger, 1022, .22 Cal |
| 13 | Rifle - Ruger, 1022, .22 Cal |

19

| 14 | Rifle - Ruger, Precision, .22 Cal |
| 15 | Rifle - Ruger, Precision, .22 Cal |
| 16 | Rifle - Ruger, 1022, .22 Cal |
| 17 | Rifle - FN, 249SA, .223 Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 27

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]**

On or about May 18, 2024, in the District of Kansas and elsewhere, the defendant,

### KURT NICHOLAS CUMMINS,

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

20

## COUNT 28

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about May 24, 2024, in the District of Kansas, the defendant,

**KURT NICHOLAS CUMMINS**,

in connection with the acquisition of firearms, that is the purchase of twenty-four firearms,

namely,

| | |
|---|---|
| 1. | Pistol - Taurus, PT92, 9 Cal |
| 2. | Pistol - Taurus, PT92, 9 Cal |
| 3. | Pistol - Walther, Colt Government, .22 Cal |
| 4. | Pistol - Masterpiece Arms, Defender, 9 Cal |
| 5. | Pistol - Masterpiece Arms, Defender, 9 Cal |
| 6. | Revolver - Ruger, Wrangler, .22 Cal |
| 7. | Pistol - Walther, Colt Government, .22 Cal |
| 8. | Pistol - Walther, Colt Government, .22 Cal |
| 9. | Pistol - Walther, Colt Government, .22 Cal |
| 10 | Pistol - Walther, Colt Government, .22 Cal |
| 11 | Pistol - Walther, Colt Government, .22 Cal |
| 12 | Pistol - Girsan, MC P35, 9 Cal |
| 13 | Pistol - Girsan, MC P35, 9 Cal |
| 14 | Revolver - Ruger, Wrangler, .22 Cal |
| 15 | Revolver - Ruger, Wrangler, .22 Cal |
| 16 | Revolver - Ruger, Wrangler, .22 Cal |
| 17 | Rifle - Ruger, American, .243 Cal |
| 18 | Rifle - Ruger, American, .223 Cal |
| 19 | Rifle - Ruger, American, .223 Cal |
| 20 | Rifle - Rossi, Rio Bravo, .22 Cal |
| 21 | Rifle - Rossi, Rio Bravo, .22 Cal |
| 22 | Rifle - Rossi, RS22, .22 Cal |
| 23 | Rifle - Radical, AR15, .223 Cal |
| 24 | Rifle - Radical, AR15, .223 Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and

likely to deceive the firearms dealer with respect to any fact material to the lawfulness of

21

such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 29

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]**

On or about May 24, 2024, in the District of Kansas and elsewhere, the defendant,

**KURT NICHOLAS CUMMINS,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 30

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about May 30, 2024, in the District of Kansas, the defendant,

**KURT NICHOLAS CUMMINS,**

in connection with the acquisition of firearms, that is the purchase of seven firearms, namely,

| | |
|---|---|
| 1. | Pistol - Beretta Pietro SPA, 80X Cheetah, .380 Cal |
| 2. | Pistol - Beretta Pietro SPA, 80X Cheetah, .380 Cal |
| 3. | Rifle - Browning, X Bolt, .308 Cal |
| 4. | Rifle - Browning, X Bolt, .22-250 Cal |
| 5. | Rifle - Browning, X Bolt, .223 Cal |
| 6. | Rifle - Browning, X Bolt, .223 Cal |
| 7. | Rifle - Browning, X Bolt, .243 Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 31

**STRAW PURCHASE**
**OF A FIREARM**
**[18 U.S.C. § 932(b)]**

On or about May 30, 2024, in the District of Kansas and elsewhere, the defendant,

**KURT NICHOLAS CUMMINS,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

23

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 32

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about June 4, 2024, in the District of Kansas, the defendant,

**KURT NICHOLAS CUMMINS**,

in connection with the acquisition of firearms, that is the purchase of eleven firearms, namely,

| | |
|---|---|
| 1. | Pistol - Browning, 1911-22, .22 Cal |
| 2. | Revolver - Smith & Wesson, 37, .38 Cal |
| 3. | Pistol - TISAS Trabzon Gun Industry Cor, N/A, .45 Cal |
| 4. | Pistol - Colt Canada, Government, .38 Cal |
| 5. | Rifle - Browning, BL22, .22 Cal |
| 6. | Rifle - Browning, X Bolt, 6.5 PRC Cal |
| 7. | Rifle - Henry, H004S, .22 Cal |
| 8. | Rifle - Ruger, American, .17 HMR Cal |
| 9. | Rifle - Ruger, American, .17 HMR Cal |
| 10 | Rifle - Rock Island, TM22, .22 Cal |
| 11 | Rifle - Rock Island, TM22, .22 Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 33

### STRAW PURCHASE
### OF A FIREARM
### [18 U.S.C. § 932(b)]

On or about June 4, 2024, in the District of Kansas and elsewhere, the defendant,

## KURT NICHOLAS CUMMINS,

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 34

### PROVIDING FALSE STATEMENT IN CONNECTION
### WITH THE ACQUISITION OF FIREARMS
### [18 U.S.C. §922(a)(6)]

On or about June 12, 2024, in the District of Kansas, the defendant,

## KURT NICHOLAS CUMMINS,

in connection with the acquisition of firearms, that is the purchase of eight firearms, namely,

25

| | |
|---|---|
| 1. | Pistol - Trailblazer Firearms, LLC Lifecard, .22 Cal |
| 2. | Pistol - Trailblazer Firearms, LLC Lifecard, .22 Cal |
| 3. | Pistol - Trailblazer Firearms, LLC Lifecard, .22 Cal |
| 4. | Pistol - Trailblazer Firearms, LLC Lifecard, .22 Cal |
| 5. | Pistol - Trailblazer Firearms, LLC Lifecard, .22 Cal |
| 6. | Pistol - German Sports Guns, GSG-1911, .22 Cal |
| 7. | Pistol - German Sports Guns, GSG-1911, .22 Cal |
| 8. | Rifle - Savage, Axi, 6.5 Cred Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 35

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]**

On or about June 12, 2024, in the District of Kansas and elsewhere, the defendant,

**KURT NICHOLAS CUMMINS,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

26

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## **COUNT 36**

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about July 20, 2024, in the District of Kansas, the defendant,

### **KURT NICHOLAS CUMMINS**,

in connection with the acquisition of firearms, that is the purchase of nine firearms, namely,

| | |
|---|---|
| 1. | Pistol - Springfield Armory, 1911A1 MIL-Spec, .45 Cal |
| 2. | Pistol - Browning, 1911-22, .22 Cal |
| 3. | Pistol - Walther, 1911, .22 Cal |
| 4. | Pistol - Walther, 1911, .22 Cal |
| 5. | Pistol - Walther, 1911, .22 Cal |
| 6. | Pistol - Walther, 1911, .22 Cal |
| 7. | Pistol - Walther, 1911, .22 Cal |
| 8. | Pistol - Walther, 1911, .22 Cal |
| 9. | Pistol - Walther, 1911, .22 Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 37

### STRAW PURCHASE
### OF A FIREARM
### [18 U.S.C. § 932(b)]

On or about July 20, 2024, in the District of Kansas and elsewhere, the defendant,

## KURT NICHOLAS CUMMINS,

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 38

### PROVIDING FALSE STATEMENT IN CONNECTION
### WITH THE ACQUISITION OF FIREARMS
### [18 U.S.C. §922(a)(6)]

On or about July 31, 2024, in the District of Kansas, the defendant,

## KURT NICHOLAS CUMMINS,

in connection with the acquisition of firearms, that is the purchase of five firearms, namely,

| 1. | Pistol - Browning, 1911-22, .22 Cal |
| 2. | Rifle - Weatherby, Vanguard, .223 Cal |
| 3. | Rifle - Ruger, American, .17 HMR Cal |
| 4. | Rifle - Ruger, American, .17 HMR Cal |
| 5. | Rifle - Ruger, American, .17 HMR Cal |

28

did unlawfully and knowingly make a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 39

### STRAW PURCHASE
### OF A FIREARM
### [18 U.S.C. § 932(b)]

On or about July 31, 2024, in the District of Kansas and elsewhere, the defendant,

### KURT NICHOLAS CUMMINS,

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

29

## COUNT 40

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about August 8, 2024, in the District of Kansas, the defendant,

**KURT NICHOLAS CUMMINS**,

in connection with the acquisition of firearms, that is the purchase of two firearms, namely,

| 1. | Pistol - Browning, 1911-22, .22 Cal |
|---|---|
| 2. | Pistol - Trailblazer Firearms, LLC Lifecard, .22 Cal |

did unlawfully and knowingly make a false and fictitious written statement intended and

likely to deceive the firearms dealer with respect to any fact material to the lawfulness of

such acquisition of a firearm, that he falsely answered "yes" to the asking of whether he

was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 41

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]**

On or about August 8, 2024, in the District of Kansas and elsewhere, the

defendant,

**KURT NICHOLAS CUMMINS,**

did knowingly and intentionally conspire and agree with other persons known and

unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting

interstate or foreign commerce for, on behalf of, or at the request or demand of any other

person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 42

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about June 20, 2024, in the District of Kansas, the defendant,

## KURT NICHOLAS CUMMINS,

in connection with the acquisition of firearms, that is the purchase of six firearms, namely,

| | |
|---|---|
| 1. | Pistol - Browning, 1911 380, .380 Cal |
| 2. | Pistol - Browning, 1911 380, .380 Cal |
| 3. | Pistol - Browning, 1911 380, .380 Cal |
| 4. | Pistol - Browning, 1911 380, .380 Cal |
| 5. | Pistol - Browning, 1911 380, .380 Cal |

did knowingly aid and abet the making of a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that the defendant, Kurt Nicolas Cummins, counseled and induced JS to falsely answer "yes" to the asking of whether she was the actual buyer of the firearms, when in truth JS was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

31

## COUNT 43

### STRAW PURCHASE
### OF A FIREARM
### [18 U.S.C. § 932(b)]

On or about June 20, 2024, in the District of Kansas and elsewhere, the defendant,

## KURT NICHOLAS CUMMINS,

did knowingly and intentionally conspire and agree with JS and other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 44

### PROVIDING FALSE STATEMENT IN CONNECTION
### WITH THE ACQUISITION OF FIREARMS
### [18 U.S.C. §922(a)(6)]

On or about June 29, 2024, in the District of Kansas, the defendant,

## KURT NICHOLAS CUMMINS,

in connection with the acquisition of firearms, that is the purchase of eleven firearms, namely,

32

| | |
|---|---|
| 1. | Pistol - Walther, Colt 1911, .22 Cal |
| 2. | Pistol - Walther, Colt 1911, .22 Cal |
| 3. | Pistol - Walther, Colt 1911, .22 Cal |
| 4. | Pistol - Walther, Colt 1911, .22 Cal |
| 5. | Pistol - Walther, Colt 1911, .22 Cal |
| 6. | Pistol - Walther, Colt 1911, .22 Cal |
| 7. | Pistol - Walther, Colt 1911, .22 Cal |
| 8. | Pistol - Walther, Colt 1911, .22 Cal |
| 9. | Pistol - Walther, Colt 1911, .22 Cal |
| 10 | Pistol - Walther, Colt 1911, .22 Cal |
| 11 | Rifle - FN, M249, .223 Cal |

did knowingly aid and abet the making of a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that the defendant, Kurt Nicolas Cummins, counseled and induced JS to falsely answer "yes" to the asking of whether she was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 45

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]**

On or about June 29, 2024, in the District of Kansas and elsewhere, the defendant,

**KURT NICHOLAS CUMMINS,**

did knowingly and intentionally conspire and agree with JS and other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony,

33

namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## **COUNT 46**

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about June 28, 2024, in the District of Kansas, the defendant,

### **KURT NICHOLAS CUMMINS**,

in connection with the acquisition of firearms, that is the purchase of four firearms, namely,

| | |
|---|---|
| 1. | Rifle - FN, M249, .223 Cal |
| 2. | Rifle - FN, M249, .223 Cal |
| 3. | Rifle - FN, M249S, .223 Cal |
| 4. | Rifle - FN, M249, .223 Cal |

did knowingly aid and abet the making of a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that the defendant, Kurt Nicolas Cummins, counseled and induced JS to falsely answer "yes" to the asking of whether she was the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

34

## COUNT 47

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]**

On or about June 28, 2024, in the District of Kansas and elsewhere, the defendant,

**KURT NICHOLAS CUMMINS,**

did knowingly and intentionally conspire and agree with JS and other persons known and unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intends to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, namely violations of Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 48

**PROVIDING FALSE STATEMENT IN CONNECTION
WITH THE ACQUISITION OF FIREARMS
[18 U.S.C. §922(a)(6)]**

On or about September 17, 2024, in the District of Kansas, the defendant,

**KURT NICHOLAS CUMMINS**,

in connection with the acquisition of firearms, that is the purchase of six firearms, namely,

35

| | | |
|---|---|---|
| 1. | Rifle - FN, M249S, 5.56 Cal | |
| 2. | Rifle - FN, M249S, 5.56 Cal | |
| 3. | Rifle - FN, M249S, 5.56 Cal | |
| 4. | Rifle - FN, M249S, 5.56 Cal | |
| 5. | Rifle - FN, M249S, 5.56 Cal | |
| 6. | Rifle - FN, M249S, 5.56 Cal | |

did knowingly aid and abet the making of a false and fictitious written statement intended

and likely to deceive the firearms dealer with respect to any fact material to the lawfulness

of such acquisition of a firearm, that the defendant, Kurt Nicolas Cummins, counseled and

induced MD to falsely answer "yes" to the asking of whether he was the actual buyer of

the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 49

**STRAW PURCHASE
OF A FIREARM
[18 U.S.C. § 932(b)]**

On or about September 17, 2024, in the District of Kansas and elsewhere, the

defendant,

**KURT NICHOLAS CUMMINS,**

did knowingly and intentionally conspire and agree with MD and other persons known and

unknown to the Grand Jurors, to conspire to purchase any firearm in or otherwise affecting

interstate or foreign commerce for, on behalf of, or at the request or demand of any other

person, knowing or having reasonable cause to believe that such other person intends to

use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony,

namely violations of Title 18, United States Code, Section 554.

36

In violation of Title 18, United States Code, Section 932(b), and Title 18, United States Code, Section 2.

## COUNT 50

**CONSPIRACY TO COMMIT TRAFFICKING IN FIREARMS**
**18 U.S.C. § 933(a)(1) & (a)(3)**

Beginning on a date unknown but from as early as on or about, February 2024, and continuing until on or about October 10, 2024, in the District of Kansas and elsewhere, the defendant,

### KURT NICHOLAS CUMMINS,

knowingly conspired together with other persons known and unknown to the Grand Jury, to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms, to another person, in and otherwise affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of such firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3) and Title 18, United States Code, Section 2.

## COUNT 51

**AIDING AND ABETTING SMUGGLING GOODS FROM THE UNITED STATES**
**[18 U.S.C. §§ 554(a) & 2]**

Beginning on a date unknown but from as early as on or about, February 2024, and continuing until on or about October 10, 2024, in the District of Kansas and elsewhere, the defendant,

**KURT NICHOLAS CUMMINS,**

did, as an aider and abettor, fraudulently and knowingly receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of merchandise, article, and object, to wit: firearms, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, namely, without a license or written approval from the United States Department of Commerce, as required by Title 50, United States Code, Section 4819 and Title 15, Code of Federal Regulations, Sections 730-774.

In violation of Title 18, United States Code, Sections 554(a) and 2.

## COUNT 52

**POSSESSION OF AN UNREGISTERED FIREARM**
**[26 U.S.C. §§ 5841 and 5861(d)]**

On or about October 10, 2024, in the District of Kansas, the defendant,

**KURT NICHOLAS CUMMINS,**

did knowingly and unlawfully receive and possess a firearm, a rifle having a barrel of less than 16 inches in length, namely a Palmetto State Armory, model PA-15, 12.7 x 42 caliber short barrel rifle, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1-52 of this Indictment are hereby reagged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 924(d) and 934(a), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 981(a)(1)(C).

2.      Upon conviction of one or more of the offenses set forth in Counts 1-52 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses, including, but not limited to:

       A.      64 assorted firearms seized from the defendant on or about October 10, 2024.; and

       B.      Accompanying ammunition.

3.      Upon conviction of one or more of the offenses set forth in Counts 3, 5, 7, 9, 11, 13, 15, 17, 19, 21, 23, 25, 27, 29, 31, 33, 35, 37, 39, 41, 43, 45, 47, 49-50 of this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 934(a) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, including, but not limited to, the following:

       A.      A forfeiture money judgment against the defendant in an amount equal to the amount of gross proceeds obtained, directly or indirectly, by him as the result of the commission of Counts 3, 5, 7, 9, 11, 13, 15, 17, 19, 21, 23, 25, 27, 29, 31, 33, 35, 37, 39, 41, 43, 45, 47, 49-50;

B.     Approximately $20,120.00 in United States currency seized from the defendant on October 10, 2024; and

C.     Approximately $4,600.00 in United States currency seized from the defendant on October 10, 2024.

4.     Upon conviction of the offense set forth in Count 51 of this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.  The property to be forfeited includes, but is not limited to, the following:

A.     A forfeiture money judgment against the defendant in an amount equal to the amount of gross proceeds obtained or derived by him from the commission of Count 51;

B.     Approximately $20,120.00 in United States currency seized from the defendant on October 10, 2024; and

C.     Approximately $4,600.00 in United States currency seized from the defendant on October 10, 2024.

5.     If any of the property described above, as a result of any act or omission of the defendant:

A.     cannot be located upon the exercise of due diligence;

B.     has been transferred or sold to, or deposited with, a third party;

C.     has been placed beyond the jurisdiction of the court;

D.     has been substantially diminished in value; or

E.     has been commingled with other property which cannot be divided without difficulty,

40

the United States of America shall be entitled to forfeiture of substitute property pursuant

to Title 21, United States Code, Section 853(p).

A TRUE BILL.

September 30, 2025                    s/Foreperson
DATE                                 FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Oladotun O. Odeyemi
OLADOTUN O. ODEYEMI #29178
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: Ola.Odeyemi@usdoj.gov


IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## PENALTIES

**Count 1: Engaging in the Business of Dealing in Firearms Without a License, 18 U.S.C. § 922(a)(1)(A)**

- Punishable by a term of imprisonment of not more than five (5) years.  18 U.S.C. § 924(a)(1)(D);

- A term of supervised release of not more than one (1) year.  18 U.S.C. § 3583(b)(3);

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3);

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A);

- Forfeiture. 18 U.S.C. § 924(d).

**Counts 2-48 (even numbers): False Statements in Connection with Acquisition of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2):**

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(a)(2);

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2);

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3);

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A);

- Forfeiture. 18 U.S.C. § 924(d).

**Counts 3-49 (odd numbers): Straw Purchase of a Firearm, 18 U.S.C. §§ 932(b) & 2**

- Punishable by a term of imprisonment of not more than fifteen (15) years.  18 U.S.C. § 932(c)(1)

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture. 18 U.S.C. § 924(d).

## Count 50: Unlawful Trafficking in Firearms, 18 U.S.C. §§ 933(a)(1) & (a)(3)

- Punishable by a term of imprisonment of not more than fifteen (15) years. 18 U.S.C. § 933(b);

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2);

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3);

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A);

- Forfeiture. 18 U.S.C. § 924(d).

## Count 51: Aiding and Abetting Smuggling Goods from the United States, 18 U.S.C. §§ 554(a) and 2

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. §§ 554(a) & 2;

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2);

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3);

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A);

- Forfeiture.

## Count 52: Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841 and 5861(d)

- Punishable by a term of imprisonment of not more than ten (10) years.  26 U.S.C. § 5871.

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $10,000.  26 U.S.C. § 5871.

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.